### 13787. BRYANT *v.* THE STATE.

BLOODWORTH, J. There is no merit in the special ground of the motion for a new trial, the evidence is ample to support the verdict, and a new trial was properly refused.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED NOVEMBER 16, 1922.

Indictment for receiving stolen goods; from Gwinnett superior court — Judge Fortson. June 26, 1922.

*Ernest G. Bentley, O. A. Nix,* for plaintiff in error.

*W. O. Dean, solicitor-general,* contra.